**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 02-60563
Summary Calendar

JO ANN MAHAFFEY,

Plaintiff-Appellant,

VERSUS

MISSISSIPPI DEPARTMENT OF WILDLIFE, FISHERIES
and PARKS,

Defendant-Appellee.

Appeal from the United States District Court
for the Northern District of Mississippi
1:00-CV-503-D-A

January 23, 2003

Before DAVIS, WIENER and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Mahaffey appeals the district court's dismissal on summary judgment of her Title VII sex discrimination action against the Mississippi Department of Wildlife. The only significant issue on appeal is whether the district court erred in finding that Mahaffey

---

[*]Pursuant to 5ᵀᴴ Cɪʀ. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᵀᴴ Cɪʀ. R. 47.5.4.

failed to produce summary judgment evidence from which a jury could infer that defendant's stated reasons(superior qualifications)for hiring the male applicant instead of her was a pretext for discrimination.  Our review of the record persuades us that the district court correctly concluded that Mahaffey failed to produce evidence from which a jury could infer that the defendant's reason for hiring the male applicant instead of Mahaffey was a pretext for gender discrimination.

Essentially for the reasons assigned by the district court in its careful June 20, 2002 opinion, we affirm its judgment.

AFFIRMED.